1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10
                                 ----oo0oo----
11

12   JOEL RAMIREZ, individually &      NO. CIV. 1:14-1414 WBS BAM
     as successor-in-interest to
13   Joel A. Ramirez, Jr., and
     GLORIA VIZCARANDO,
14   individually & as successor-
     in-interest to Joel A.
15   Ramirez, Jr.,

16              Plaintiffs,

17        v.

18   COUNTY OF TULARE, MARGARET
     PINEDA, ERICA SOTO, ANNA
19   ZAVALA, JAIME ZAVALA, FOSTER
     FAMILY HOME AND SMALL FAMILY
20   HOME INSURANCE FUND OF THE
     STATE OF CALIFORNIA, DOES 1-
21   10,

22              Defendants.

23
                                 ----oo0oo----
24

25             STATUS (PRETRIAL SCHEDULING) ORDER

26        After reviewing the parties' Joint Status Report, the

27   court hereby vacates the Status (Pretrial Scheduling) Conference

28   scheduled for January 20, 2015, and makes the following findings

                                     1

1  and orders without needing to consult with the parties any

2  further.

3          I.   SERVICE OF PROCESS

4         All named defendants have been served, and no further

5  service is permitted without leave of court, good cause having

6  been shown under Federal Rule of Civil Procedure 16(b).

7          II.  JOINDER OF PARTIES/AMENDMENTS

8         No further joinder of parties or amendments to

9  pleadings will be permitted except with leave of court, good

10 cause having been shown under Federal Rule of Civil Procedure

11 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

12 (9th Cir. 1992).

13         III. JURISDICTION/VENUE

14        Jurisdiction is predicated upon federal question

15 jurisdiction, 28 U.S.C. § 1331, because plaintiff's claims arise

16 under 42 U.S.C. § 1983.  The court has supplemental jurisdiction

17 over plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

18 Venue is undisputed and is hereby found to be proper.

19         IV.  DISCOVERY

20        The parties shall serve initial disclosures required by

21 Federal Rule of Civil Procedure 26(a)(1) by no later than

22 February 20, 2015.

23        The parties shall disclose experts and produce reports

24 in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

25 later than August 15, 2015.  With regard to expert testimony

26 intended solely for rebuttal, those experts shall be disclosed

27 and reports produced in accordance with Federal Rule of Civil

28 Procedure 26(a)(2) on or before September 18, 2015.

1    All discovery, including depositions for preservation

2  of testimony, is left open, save and except that it shall be so

3  conducted as to be completed by October 2, 2015.  The word

4  "completed" means that all discovery shall have been conducted so

5  that all depositions have been taken and any disputes relevant to

6  discovery shall have been resolved by appropriate order if

7  necessary and, where discovery has been ordered, the order has

8  been obeyed.  All motions to compel discovery must be noticed on

9  the magistrate judge's calendar in accordance with the local

10  rules of this court and so that such motions may be heard (and

11  any resulting orders obeyed) not later than October 2, 2015.

12

13    V.  MOTION HEARING SCHEDULE

14    All motions, except motions for continuances, temporary

15  restraining orders, or other emergency applications, shall be

16  filed on or before November 13, 2015.  All motions shall be

17  noticed for the next available hearing date.  Counsel are

18  cautioned to refer to the local rules regarding the requirements

19  for noticing and opposing such motions on the court's regularly

20  scheduled law and motion calendar.

21    VI. FINAL PRETRIAL CONFERENCE

22    The Final Pretrial Conference is set for February 1,

23  2016, at 2:00 p.m. in Courtroom No. 5.  The conference shall be

24  attended by at least one of the attorneys who will conduct the

25  trial for each of the parties and by any unrepresented parties.

26    Counsel for all parties are to be fully prepared for

27  trial at the time of the Pretrial Conference, with no matters

28  remaining to be accomplished except production of witnesses for

3

1   oral testimony.  Counsel shall file separate pretrial statements,

2   and are referred to Local Rules 281 and 282 relating to the

3   contents of and time for filing those statements.  In addition to

4   those subjects listed in Local Rule 281(b), the parties are to

5   provide the court with: (1) a plain, concise statement which

6   identifies every non-discovery motion which has been made to the

7   court, and its resolution; (2) a list of the remaining claims as

8   against each defendant; and (3) the estimated number of trial

9   days.

10          In providing the plain, concise statements of

11  undisputed facts and disputed factual issues contemplated by

12  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

13  that remain at issue, and any remaining affirmatively pled

14  defenses thereto.  If the case is to be tried to a jury, the

15  parties shall also prepare a succinct statement of the case,

16  which is appropriate for the court to read to the jury.

17          VII.  <u>TRIAL SETTING</u>

18          The jury trial is set for April 19, 2016 at 9:00 a.m.

19  The parties estimate that a jury trial will last five days.

20          VIII.  <u>SETTLEMENT CONFERENCE</u>

21          A Settlement Conference will be set at the time of the

22  Pretrial Conference.  All parties should be prepared to advise

23  the court whether they will stipulate to the trial judge acting

24  as settlement judge and waive disqualification by virtue thereof.

25          Counsel are instructed to have a principal with full

26  settlement authority present at the Settlement Conference or to

27  be fully authorized to settle the matter on any terms.  At least

28  seven calendar days before the Settlement Conference counsel for

1  each party shall submit a confidential Settlement Conference

2  Statement for review by the settlement judge.  If the settlement

3  judge is not the trial judge, the Settlement Conference

4  Statements shall not be filed and will not otherwise be disclosed

5  to the trial judge.

6            IX.  MODIFICATIONS TO SCHEDULING ORDER

7            Any requests to modify the dates or terms of this

8  Scheduling Order, except requests to change the date of the

9  trial, may be heard and decided by the assigned Magistrate Judge.

10  All requests to change the trial date shall be heard and decided

11  only by the undersigned judge.

12

13  Dated:  January 14, 2015

14  _____

    WILLIAM B. SHUBB

15  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28