1  JOHN L. ROZIER - SBN 103059
   NELSON & ROZIER
2  3924 West Caldwell Avenue, Suite A
   Visalia, CA  93277
3  Telephone: (559) 713-0159
   Facsimile: (559) 713-0166
4
   Attorneys for Plaintiffs, JOEL RAMIREZ,
5  individually & as Successor-in-interest
   to Joel A. Ramirez, Jr., and GLORIA VIZCARANDO,
6  individually & as Successor-in-interest
   to Joel A. Ramirez, Jr.
7

8                    UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10                                  -o0o-

11 JOEL RAMIREZ, individually & as ) Case No.: 14-cv-01414-WBS BAM
   successor-in-interest to Joel   ) (Tulare County Superior Court
12 A. Ramirez, Jr., and GLORIA     ) Case No. 257349 prior to being
   VIZCARANDO, individually & as   ) removed to USDC)
13 successor-in-interest to Joel   )
   A. Ramirez, Jr.,                ) **STIPULATION FOR DISMISSAL OF**
14                                 ) **FOSTER FAMILY HOME AND SMALL**
            Plaintiffs,            ) **FAMILY HOME INSURANCE FUND OF**
15                                 ) **THE STATE OF CALIFORNIA**
        vs.                        )
16                                 )
   COUNTY OF TULARE, MARGARET      )
17 PINEDA, ERICA SOTO, ANNA        )
   ZAVALA, JAIME ZAVALA, FOSTER    )
18 FAMILY HOME AND SMALL FAMILY    )
   HOME INSURANCE FUND OF THE      )
19 STATE OF CALIFORNIA, DOES 1-10  )
                                   )
20          Defendant.             )

21                                  -o0o-

22      Pursuant to the provisions of Fed.R.Civ.P. 41(a)(1), the

23 parties, by and through their respective counsel, hereby stipulate

24 that FOSTER FAMILY HOME AND SMALL FAMILY HOME INSURANCE FUND OF THE

25 STATE OF CALIFORNIA ONLY be dismissed without prejudice from this

26

NELSON & ROZIER
3924 W CALDWELL
SUITE A
VISALIA CA

1
STIPULATION FOR DISMISSAL OF FOSTER FAMILY HOME AND SMALL FAMILY
HOME INSURANCE FUND OF THE STATE OF CALIFORNIA

action, with the parties bearing their own costs and attorney's fees.

    IT IS SO STIPULATED.

Dated: February 20, 2015    NELSON & ROZIER

        By /S/JOHN L. ROZIER
        John L. Rozier, Attorneys for Plaintiffs, JOEL RAMIREZ and GLORIA VIZCARANDO

Dated: February 20, 2015    LEWIS BRISBOIS BISGAARD & SMITH LLP

        By /S/STEPHANIE J. TANADA
        Mathew L. Walker, Attorneys for Defendants, ANNA ZAVALA and JAIME ZAVALA

Dated: February 24, 2015    COUNTY OF TULARE

        By /S/KATHLEEN A. TAYLOR
        Kathleen Taylor, Attorneys for Defendants, COUNTY OF TULARE, Margaret Pineda and Erica Soto

    By

### ORDER OF DISMISSAL

    Because the parties have filed a properly signed Rule 41(a)(1)(A)(ii) notice of voluntary dismissal, the above named defendant is hereby DISMISSED WITHOUT PREJUDICE from this case.

    IT IS SO ORDERED.

Dated:  February 24, 2015    [signature]
        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE