# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RAMIREZ, etc., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF TULARE, et al.,<br><br>　　　　　Defendants. | Old<br>Case No. CIV-F-14-01414 WBS BAM<br><br>**New Case No. 1:14-cv-01414-BAM**<br><br>**ORDER OF REASSIGNMENT** |

　　　　Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." See 28 U.S.C. § 636(c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

　　　　The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

1     IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable
Barbara A. McAuliffe.   The parties shall take note that all documents hereafter filed with the Clerk of
the Court shall bear case number CIV-F-14-1414 BAM.   All currently scheduled dates presently set
before Judge Shubb are hereby VACATED.

Dated:   March 5, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

    Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

IT IS SO ORDERED.

Dated:   **March 5, 2015**           /s/ Barbara A. McAuliffe

                                           UNITED STATES MAGISTRATE JUDGE