JOHN L. ROZIER - SBN 103059
NELSON & ROZIER
3924 West Caldwell Avenue, Suite A
Visalia, CA  93277
Telephone: (559) 713-0159
Facsimile: (559) 713-0166

Attorneys for Plaintiffs, JOEL RAMIREZ,
individually & as Successor-in-interest
to Joel A. Ramirez, Jr., and GLORIA VIZCARANDO,
individually & as Successor-in-interest
to Joel A. Ramirez, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

-o0o-

| | |
|---|---|
| JOEL RAMIREZ, individually & as successor-in-interest to Joel A. Ramirez, Jr., and GLORIA VIZCARANDO, individually & as successor-in-interest to Joel A. Ramirez, Jr.,<br><br>     Plaintiffs,<br><br>    vs.<br><br>COUNTY OF TULARE, MARGARET PINEDA, ERICA SOTO, ANNA ZAVALA, JAIME ZAVALA, FOSTER FAMILY HOME AND SMALL FAMILY HOME INSURANCE FUND OF THE STATE OF CALIFORNIA, DOES 1-10<br><br>     Defendant. | Case No.: 14-cv-01414-BAM (Tulare County Superior Court Case No. 257349 prior to being removed to USDC)<br><br>**STIPULATION FOR DISMISSAL OF ERICA SOTO AND ORDER THEREON** |

Pursuant to the provisions of Fed.R.Civ.P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that ERICA SOTO ONLY be DISMISSED WITHOUT PREJUDICE from this action, with the parties bearing their own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: June 23, 2015					NELSON & ROZIER

						By /S/JOHN L. ROZIER
						    John L. Rozier, Attorneys for
						    Plaintiffs, JOEL RAMIREZ and
						    GLORIA VIZCARANDO

Dated: June 23, 2015					LEWIS BRISBOIS BISGAARD & SMITH LLP

						By /S/STEPHANIE J TANADA
						    Mathew L. Walker, Attorneys for
						    Defendants, ANNA ZAVALA and
						    JAIME ZAVALA

Dated: June 23, 2015					COUNTY OF TULARE

						By /S/KATHLEEN TAYLOR
						    Kathleen Taylor, Attorneys for
						    Defendants, COUNTY OF TULARE,
						    Margaret Pineda and Erica Soto

**ORDER OF DISMISSAL**

Because the parties have filed a properly signed Rule 41(a)(1)(A)(ii) notice of voluntary dismissal, the above named defendant, ERICA SOTO, only, is hereby DISMISSED WITHOUT PREJUDICE from this case.

IT IS SO ORDERED.

Dated:  **June 25, 2015**			/s/ Barbara A. McAuliffe
						UNITED STATES MAGISTRATE JUDGE