# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RAMIREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF TULARE, et al., <br><br> Defendants. | Case No. 1:14-cv-01414-BAM <br><br> ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN SIXTY DAYS |

The Court conducted a settlement conference in this action on September 16, 2015, at which the parties reached a settlement agreement. The parties shall file dispositional documents within sixty (60) days. United States Magistrate Judge Stanley A. Boone shall retain jurisdiction to address any issues arising from the settlement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The parties shall file dispositional documents within sixty (60) days from the date of service of this order; and
3. United States Magistrate Judge Stanley A. Boone shall retain jurisdiction to address any issues arising from the settlement.

IT IS SO ORDERED.

Dated: **September 16, 2015**

UNITED STATES MAGISTRATE JUDGE

1