```
JOHN L. ROZIER - SBN 103059
NELSON & ROZIER
3924 West Caldwell Avenue, Suite A
Visalia, CA  93277
Telephone: (559) 713-0159
Facsimile: (559) 713-0166

Attorneys for Plaintiffs, JOEL RAMIREZ,
individually & as Successor-in-interest
to Joel A. Ramirez, Jr., and GLORIA VIZCARANDO,
individually & as Successor-in-interest
to Joel A. Ramirez, Jr.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

-o0o-

| | |
|---|---|
| JOEL RAMIREZ, individually & as successor-in-interest to Joel A. Ramirez, Jr., and GLORIA VIZCARANDO, individually & as successor-in-interest to Joel A. Ramirez, Jr.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, MARGARET PINEDA, ERICA SOTO, ANNA ZAVALA, JAIME ZAVALA, FOSTER FAMILY HOME AND SMALL FAMILY HOME INSURANCE FUND OF THE STATE OF CALIFORNIA, DOES 1-10<br><br>Defendant. | Case No.: 14-cv-01414-BAM<br>(Tulare County Superior Court Case No. 257349 prior to being removed to USDC)<br><br>**STIPULATION FOR DISMISSAL OF COUNTY OF TULARE, MARGARET PINEDA, ANNA ZAVALA AND JAIME ZAVALA AND ORDER THEREON** |

-o0o-

Pursuant to the provisions of Fed.R.Civ.P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that COUNTY OF TULARE, MARGARET PINEDA, ANNA ZAVALA and JAIME ZAVALA be DISMISSED WITH PREJUDICE from this action, with the

parties bearing their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: November 4, 2015            NELSON & ROZIER

                                   By /S/JOHN L. ROZIER
                                       John L. Rozier, Attorneys for
                                       Plaintiffs, JOEL RAMIREZ and
                                       GLORIA VIZCARANDO

Dated: November 4, 2015            LEWIS BRISBOIS BISGAARD & SMITH LLP

                                   By /S/MATHEW L WALKER
                                       Mathew L. Walker, Attorneys for
                                       Defendants, ANNA ZAVALA and
                                       JAIME ZAVALA

Dated: November 4, 2015            COUNTY OF TULARE

                                   By /S/KATHLEEN TAYLOR
                                       Kathleen Taylor, Attorneys for
                                       Defendants, COUNTY OF TULARE
                                       and Margaret Pineda

### ORDER OF DISMISSAL

Pursuant to the properly signed Rule 41(a)(1)(A)(ii) notice of voluntary dismissal, Defendants COUNTY OF TULARE, MARGARET PINEDA, ANNA ZAVALA and JAIME ZAVALA are hereby DISMISSED WITH PREJUDICE from this case. The parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  **November 12, 2015**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE